**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 12 MAL 2015
:
               Respondent :
                     : Petition for Allowance of Appeal from the
                     : Order of the Superior Court
        v. :
:
:
:
M.I.B., :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.